DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FARES MUSTAFA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3290

[June 9, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502011CF004854A.

William Mallory Kent of Kent & McFarland Attorneys at Law, Jacksonville, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ.,concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***